*E-FILED: July 11, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO JIMENEZ,<br><br>    Plaintiff,<br>  v.<br><br>JOSE LUIS HERNANDEZ dba LOS ALTOS ENTERPRISES; LOS ALTOS ENTERPRISES,<br><br>    Defendants.<br>_____/ | No. C12-01992 HRL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE** |

Plaintiff's request to continue the initial case management conference is granted, and the conference is continued to **August 21, 2012, 1:30 p.m.** All related deadlines are adjusted accordingly.

SO ORDERED.

Dated: July 11, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01992-HRL Notice has been electronically mailed to:

James Dal Bon    jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com