*E-FILED: November 15, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO JIMENEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE LUIS HERNANDEZ dba LOS ALTOS ENTERPRISES; LOS ALTOS ENTERPRISES,<br><br>    Defendants. | No. C12-01992 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this matter has settled. Accordingly, all previously scheduled deadlines and appearances are vacated.

**On or before December 31, 2012**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **January 15, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than January 8, 2013**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated

and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: November 15, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01992-HRL Notice has been electronically mailed to:

Bernard James Fitzpatrick     bjfitzpatrick@fandslegal.com, gladys@fandslegal.com, patty@fandslegal.com

James Dal Bon     jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com