JAMES DAL BON, ESQ. CA STATE BAR NO. 157942
DAL BON & MARGAIN, APC
28 NORTH 1ST STREET, SUITE 700
SAN JOSE, CA 95113
TELEPHONE (408) 297-4729
FACSIMILE (408) 297-4728
JDB@WAGEDEFENDERS.COM

ATTORNEYS FOR PLAINTIFF

B. JAMES FITZPATRICK, ESQ. BAR NO. 129056
FITZPATRICK, SPINI & SWANSTON
838 S. MAIN STREET, SUITE E
SALINAS, CA 93901
TELEPHONE (831) 755-1311
FACSIMILE (831) 755-1319
BJFITZPATRICK@FANDSLEGAL.COM

ATTORNEYS FOR DEFENDANTS

Filed
JAN 0 2 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO JIMENEZ, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HERNANDEZ dba LOS ALTOS ENTERPRISES; LOS ALTOS ENTERPRISES, <br><br> Defendants. | CASE NO. CV12-01992 <br><br> NOTICE OF SETTLEMENT, AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

## NOTICE OF SETTLEMENT

Plaintiff Humberto Jimenez ("Plaintiff") and Defendants Jose Luis Hernandez and Los Altos Enterprises, (collectively "Defendants"), by and through their respective attorneys of record, hereby notify the Court that on November 12, 2012 the parties attended mediation wherein the parties agreed that the above captioned action, including all claims, counterclaims, and affirmative defenses be dismissed with prejudice .

1  ///

2  **STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

3  WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

5  WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

6  WHEREAS, all that remains to be done in this case is the entry of an Order dismissing with prejudice the entire action;

8  THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

9  1.  The Court should enter an Order dismissing with prejudice the entire action as to all parties.

Dated: December 4, 2012           FITZPATRICK, SPINI & SWANSTON

                                  By_____
                                  JAMES FITZPATRICK, ESQ.
                                  ATTORNEYS FOR DEFENDANTS
                                  JOSE HERNANDEZ and LOS ALTOS
                                  ENTERPRISES

Dated: December 4, 2012           DUNN, DAL BON & MARGAIN

                                  _____/s/ jdb_____
                                  JAMES DAL BON, ESQ.
                                  ATTORNEY FOR PLAINTIFF
                                  HUMBERTO JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO JIMENEZ, | CASE NO. CV12-01992 |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE LUIS HERNANDEZ dba LOS ALTOS ENTERPRISES; LOS ALTOS ENTERPRISES, | |
| Defendants. | |

## ORDER

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: 1/2/13

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge